AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD HICKS; and JOCELYN HICKS,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-3

GREGORY MIDDLETON; JOHN DOE 1; and MARINE TERMINALS CORPORATION – EAST d/b/a PORTS AMERICA,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 28, 2022 and upon Defendant Marine Terminals Corporation - East's Motion for Entry of Final Judgment, Final Judgment is hereby entered in favor of Defendant Marine Terminals Corporation - East.

Approved by: _____

December 2, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020