**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

|  |  |
|---|---|
| RICHARD HICKS; and JOCELYN HICKS, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-3 |
| v. | |
| GREGORY MIDDLETON; JOHN DOE 1; and MARINE TERMINALS CORPORATION- EAST d/b/a PORTS AMERICA, | |
| Defendants. | |

**O R D E R**

In their Joint Trial Preparation Report, the parties advised the Court that Defendant Gregory Middleton had recently passed away.  (See doc. 157, p. 2.)  Presently before the Court is Plaintiffs' Motion to Dismiss Less than All Parties, in which Plaintiffs, citing Federal Rule of Civil Procedure 41(a)(2), seek to dismiss Defendant Middleton without prejudice.  (Doc. 160.)  In the Motion, Plaintiffs state that, "[p]rior to Defendant Middleton's death, Plaintiffs and Defendant Middleton were engaged in settlement negotiations" and, with the participation of Middleton's counsel and his insurer, they have now "reached a settlement agreement to resolve Plaintiffs' claim against Defendant Middleton only."[1]  (Id. at p. 2.)

---

[1] Plaintiffs state that, "[a]s consideration for this settlement, Plaintiff will covenant not to sue the estate of Defendant Middelton, should one ever be established."  (Doc. 160, p. 2.)

In the Motion, Plaintiffs state that "counsel for Defendant Middleton consents to this motion [but] Defendant Marine Terminals Corporation – East, d/b/a Ports America (Defendant Ports America) does not consent at this time." (Id. at p. 2.)  The deadline for filing a response to the Motion has expired, with neither of the Defendants having filed anything in response (much less opposition) thereto.  Accordingly, there is no opposition to the Motion.  See S.D. Ga. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").  The Motion does not propose or request any specific terms other than that the dismissal be without prejudice.  (Doc. 160.)  Accordingly, the Court **GRANTS** the motion, (id.), **DISMISSES** Defendant Gregory Middleton from this action **WITHOUT PREJUDICE**, and **DIRECTS** the Clerk to update the docket accordingly.

**SO ORDERED**, this 2nd day of April, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2